

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 2-10-153-CV

SFTF HOLDINGS, LLC                                             APPELLANT

V.

PRIMELENDING, A PLAINSCAPITAL                                 APPELLEES
COMPANY, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
AS NOMINEE FOR LENDER AND
LENDERS SUCCESSORS AND
ASSIGNS, AND ONEWEST BANK,
FSB, AS DULY AUTHORIZED
MORTGAGE SERVICER FOR WELLS
FARGO BANK, NA AS TRUSTEE
OF THE LEHMAN MORTGAGE
TRUST 2007-1 TRUST FUND

------------

### FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

---

[1] *See* Tex. R. App. P. 47.4.